UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-HC-45-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ANTOHNY E. BULLARD | |

By order filed 10 May 2004, respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246(d). (See DE # 7.) On 17 September 2015, the government filed a motion to discharge respondent from such commitment. (DE # 69.) The motion is supported by a certificate of recovery from respondent's treatment providers at USMC-Springfield, which states that respondent's unconditional release would not present a substantial risk of harm to another person and/or serious damage to the property of another. (DE # 69-1.)

The court has reviewed the motion and supporting material and finds that respondent no longer meets the criteria for commitment under 18 U.S.C. § 4246. Accordingly, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 4246(e), that respondent be unconditionally released and that this file be closed. Upon receipt and verification of this order of release, the Bureau of Prisons shall release respondent after all release arrangements are satisfactory and complete.

This 17 September 2015.

_____
W. Earl Britt
Senior U.S. District Judge